UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                  Criminal No. 24-mj-30476

Issac Sissel,

    Defendant
_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

Dawn N. Ison
United States Attorney

*s/Hank Moon*
Hank Moon P85337
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
hank.moon@usdoj.gov
(313) 226-0220

Dated: November 5, 2024

**IT IS SO ORDERED.**

             <u>s/R. Steven Whalen</u>
             R. Steven Whalen
             United States Magistrate Judge

Entered: 11/5/2024